FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
 BONNIE SUDDERTH

JUSTICES
 SUE WALKER
 BILL MEIER
 LEE GABRIEL
 ELIZABETH KERR
 MARK T. PITTMAN
 J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
 DEBRA SPISAK

CHIEF STAFF ATTORNEY
 LISA M. WEST

GENERAL COUNSEL
 CLARISSA HODGES

December 7, 2017

Caroline Cook
Consovoy McCarthy Park, PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
* DELIVERED VIA E-MAIL *

Rebekah Perry Ricketts
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Ste. 1100
Dallas, TX 75201-6912
* DELIVERED VIA E-MAIL *

William Consovoy
Consovoy McCarthy Park, PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
* DELIVERED VIA E-MAIL *

Kristi Crawford
Cherokee Nation
P.O. Box 948
Tahlequah, OK 74465
* DELIVERED VIA E-MAIL *

Hon. Timothy A. Menikos
Judge, 323rd District Court
Juvenile Justice Center
2701 Kimbo Rd.
Fort Worth, TX 76111-3007
* DELIVERED VIA E-MAIL *

John T. Eck
933 W. Weatherford St.
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Matthew D. McGill
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
* DELIVERED VIA E-MAIL *

Civil District Clerk, Tarrant County
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-17-00298-CV, 02-17-00300-CV
        Trial Court Case Number:     323-103401-16, 323-105593-17

Style:     In the Interest of A.M., a Child

FILE COPY

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*